**IT IS ORDERED as set forth below:**

**Date: September 16, 2025**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| MARY RYAN MZEE | ) CASE NUMBER A23-54923-JWC |
| | ) |
| **DEBTOR** | ) |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX RETURNS OR REFUNDS

On September 08, 2025 at 10:00 am, the Court held a hearing on the Trustee's Motion to Dismiss based upon the failure of the Debtor to remit tax return(s) or refund(s) to the Chapter 13 Trustee. It further appears to the Court that the Debtor, through counsel, agreed at the call of the Court's calendar to a consent agreement. For cause shown, **IT IS HEREBY**

**ORDERED,** that the Debtor shall remit their Federal Income tax return or proof of an Income Tax Extension to the Trustee by May 15th of each calendar year for the remaining years the case is pending. If an extension is provided then the Debtor must provide the actual return to the Trustee by the extension deadline to be in compliance with the terms of this Order. Additionally, unless further Court order allows retention, the Debtor shall pay any tax refund for the years of the Debtor's Applicable Commitment Period or any other agreed upon years to the

Trustee by May 15th of each calendar year. If the Debtor fails to provide either the tax refund or tax return to the Trustee by May 15th or the date of the granted extension then the case shall be dismissed without further hearing upon receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal. The Debtor may also submit notice to the Trustee that they are not required to file Federal Income Tax Returns or notice to the Trustee if the anticipated refund has not been received by the Debtor by the May 15th due date. Prior to recommending dismissal the Trustee shall contact the Debtor's attorney via email to alert them of the default at least 10 business days prior to recommending dismissal by supplemental report. Additionally, a letter will be sent to the Debtor each calendar year requesting a copy of the tax return and **IT IS FURTHER**

**ORDERED,** that due to the Debtor spending the Federal Income tax refund(s) for the 2024 tax year(s) without prior permission of the Court, the plan base is hereby increased by $2,600.00.

The Clerk of the Court is directed to serve this Order on the parties included in the attached distribution list.

**END OF DOCUMENT**

CONSENTED TO BY:

/s/_____   /s/_____
   Julie M. Anania                                                Stanley J. Kakol, Jr.
   Attorney for the Chapter 13 Trustee            Attorney for Debtor
   State Bar No. 477064                                      State Bar No. 406060
   303 Peachtree Center Avenue, NE              The Law Office Of Stanley J. Kakol, Jr.
   Suite 120                                                           5353 Fairington Rd
   Atlanta, GA 30303                                           Suite C
   678-992-1201                                                   Lithonia, Ga  30038
                                                                               *Signed by Julie M. Anania*
                                                                               *with express permission*

## DISTRIBUTION LIST

**Case No.: A23-54923-JWC**

**Debtor:**
Mary Ryan Mzee
**6432 East Meyer Drive
Morrow, Ga  30260

**Debtor Attorney:**
The Law Office Of Stanley J. Kakol, Jr.
5353 Fairington Rd
Suite C
Lithonia, Ga  30038

**Chapter 13 Trustee:**
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-54923-jwc |
| Mary Ryan Mzee | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Sep 16, 2025 | Form ID: pdf403 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

**Recip ID          Recipient Name and Address**
db              #+   Mary Ryan Mzee, 6432 East Meyer Drive, Morrow, GA 30260-8131

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad R Simon | on behalf of Creditor Toyota Motor Credit Corporation Notices.Bonial@ecf.courtdrive.com;GAECFNotices@BonialPC.com |
| Julie M. Anania | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Direct Services  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Stanley J. Kakol, Jr. | on behalf of Debtor Mary Ryan Mzee documents@sjklawfirm.com |

District/off: 113E-9 | User: bncadmin | Page 2 of 2
Date Rcvd: Sep 16, 2025 | Form ID: pdf403 | Total Noticed: 1

KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com

TOTAL: 5