**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **Mary Ryan Mzee,** | 23−54923−jwc |
| | CHAPTER: **13** |
| Debtor(s) | |

## NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:**  LVNV Funding LLC
**Proposed Transferor:**  Navy Federal Credit Union
Owner of claim per Court records:  Navy Federal Credit Union
Claim Number(s)  7

　　Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.  Objections to this transfer, if any, must be filed with the

> Clerk, U. S. Bankruptcy Court
> 1340 United States Courthouse
> 75 Ted Turner Drive SW
> Atlanta, GA 30303

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated October 1, 2025

_Vania S. Allen_

Vania S. Allen , Clerk of Court
U.S. Bankruptcy Court

Form 428

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-54923-jwc |
| Mary Ryan Mzee | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Oct 01, 2025 | Form ID: 428 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Mary Ryan Mzee, 6432 East Meyer Drive, Morrow, GA 30260-8131 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25497997 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 22:36:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 24296210 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 23:28:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24289538 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 01 2025 22:44:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 24289541 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 01 2025 22:44:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 24301085 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 01 2025 22:44:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25498051 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 24289539 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 24289540 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 24301119 | *+ | Navy Federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Oct 01, 2025 | Form ID: 428 | Total Noticed: 6 |

Date: Oct 03, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad R Simon | on behalf of Creditor Toyota Motor Credit Corporation Notices.Bonial@ecf.courtdrive.com;GAECFNotices@BonialPC.com |
| Julie M. Anania | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Direct Services  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Stanley J. Kakol, Jr. | on behalf of Debtor Mary Ryan Mzee documents@sjklawfirm.com KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com |

TOTAL: 5