# STATUS OF CASE   A23-54923-JWC

Dated:  February 12, 2026

DEBTOR:
MARY RYAN MZEE
2465 RICHARDSON PARKWAY
APT B2214
MORROW, GA 30260

ATTORNEY:
THE LAW OFFICE OF STANLEY J. KAKOL, JR.
5353 FAIRINGTON RD
SUITE C
LITHONIA, GA  30038

| | | | |
|---|---|---|---|
| Date Filed: | May 26, 2023 | Balance On Hand: | $546.96 |
| First Meeting Date: | June 26, 2023 | Total Paid In: | $24,606.16 |
| Bar Date: | September 25, 2023 | Total Monthly Pmt Amount: | $845.00 |
| Confirmation Date: | January 10, 2024 | Total Disbursed: | $24,059.20 |
| Case Status:    ACTIVE | | Unsecured Creditor Percentage: | $0.00% |

**The following information reflects the current status of your case. Payoff amounts, claim amounts and the status of claims are always SUBJECT TO AUDIT PRIOR TO PAYOUT.**

**This Status Report does not include future interest or future Trustee Fee. ***
**You may not refinance or sell property without prior Court approval.**

**All lawsuits and settlements are required to be disclosed and approved by the Bankruptcy Court.  If you are involved in any lawsuit or cause of action, you MUST provide an update to your bankruptcy lawyer concerning the status of the lawsuit or any settlement.  Failure to do so may cause you to lose your right to any settlement proceeds.**

**Payments Received During the Last 6 Months:**

| | | | |
|---|---|---|---|
| August 19, 2025 | $195.00 | August 26, 2025 | $195.00 |
| September 02, 2025 | $195.00 | September 09, 2025 | $195.00 |
| September 16, 2025 | $195.00 | September 22, 2025 | $195.00 |
| September 30, 2025 | $195.00 | October 07, 2025 | $195.00 |
| October 14, 2025 | $195.00 | October 21, 2025 | $195.00 |
| October 28, 2025 | $195.00 | November 04, 2025 | $195.00 |
| November 12, 2025 | $195.00 | November 18, 2025 | $195.00 |
| November 24, 2025 | $195.00 | December 02, 2025 | $195.00 |
| December 09, 2025 | $195.00 | December 15, 2025 | $195.00 |
| December 23, 2025 | $195.00 | December 31, 2025 | $195.00 |
| January 05, 2026 | $195.00 | January 13, 2026 | $195.00 |
| January 21, 2026 | $195.00 | January 27, 2026 | $195.00 |
| February 03, 2026 | $195.00 | February 10, 2026 | $195.00 |

**Claims:**

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE W/O INT* |
|---|---|---|---|---|---|
| GA DEPT OF REVENUE | Priority | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | Priority | $18,029.19 | $8,588.81 | $0.00 | $9,440.38 |
| | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AAFES | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| ACIMA CREDIT | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFINITY FEDERAL CREDIT UNIC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

**STATUS OF CASE A23-54923-JWC   MARY RYAN MZEE**

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE W/O INT* |
|---|---|---|---|---|---|
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AIDVANTAGE ON BEHALF OF: TH | Unsecured | $17,163.77 | $0.00 | $0.00 | $0.00 |
| AMERICAN EXPRESS NATIONAL I | Unsecured | $5,717.20 | $378.06 | $0.00 | $865.43 |
| AMERICAN EXPRESS NATIONAL I | Unsecured | $2,340.12 | $154.75 | $0.00 | $354.23 |
| AMERICAN HONDA FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICREDIT/GM FINANCIAL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| AVANT/WEBBANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE BANK (USA), N.A. B | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| CARFAX | Unsecured | $2,867.03 | $189.59 | $0.00 | $433.99 |
| CHASE CARD SERVICES | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| COMENITYBANK/NEW YORK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| DELTA COMMUNITY CREDIT UNIC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| DISCOVER FINANCIAL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| ESUSU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST PORTFOLIO VENTURES II, | Unsecured | $2,682.18 | $177.36 | $0.00 | $406.01 |
| FIRST PREMIER BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST PREMIER BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST PREMIER BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST PREMIER BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| FREEDOM MORTGAGE CORPOR | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| GENESIS FS CARD SERVICES | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | $178.88 | $11.83 | $0.00 | $27.08 |
| LVNV FUNDING, LLC | Unsecured | $570.88 | $37.75 | $0.00 | $86.42 |
| LVNV FUNDING LLC | Unsecured | $4,264.04 | $281.97 | $0.00 | $645.46 |
| LVNV FUNDING LLC | Unsecured | $4,001.83 | $264.63 | $0.00 | $605.77 |
| NAVY FCU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| NAVY FCU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| NAVY FCU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| NAVY FCU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| NAVY FCU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| NAVY FCU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| NAVY FCU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| NAVY FCU | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | $1,902.62 | $125.81 | $0.00 | $288.01 |
| NAVY FEDERAL CREDIT UNION | Unsecured | $1,388.25 | $91.80 | $0.00 | $210.14 |
| NAVY FEDERAL CREDIT UNION | Unsecured | $12,644.81 | $836.16 | $0.00 | $1,914.09 |
| PROGRESS RESIDENTIAL BORRO | Unsecured | $3,941.12 | $3,941.12 | $0.00 | $0.00 |
| REGIONS BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| REGIONS BANK | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SALLIE MAE INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SALLIE MAE INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SALLIE MAE INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

**STATUS OF CASE A23-54923-JWC   MARY RYAN MZEE**

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE W/O INT* |
|---|---|---|---|---|---|
| SALLIE MAE INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SALLIE MAE INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SALLIE MAE INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| SUNSET FINANCE CO., LLC | Unsecured | $522.27 | $34.53 | $0.00 | $79.06 |
| SYNCHRONY BANK/GAP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| TOYOTA MOTOR CREDIT CORPO | Unsecured | $1,188.46 | $1,188.46 | $0.00 | $0.00 |
| VERIZON WIRELESS | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |

**Administrative Costs:**

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| Trustee Fees | Priority | $1,743.57 | $1,743.57 | $0.00 | TBD * |
| Debtor Refund | Priority | $0.00 | $0.00 | $0.00 | $0.00 |
| Attorney Fees | Priority | $6,013.00 | $6,013.00 | $0.00 | $0.00 |
| Filing Fees | Priority | $0.00 | $0.00 | $0.00 | $0.00 |

**Notice is hereby given that information relating to your Chapter 13 Bankruptcy case will be made available on the internet to your creditors and other parties in interest.**

Pursuant to 11 U.S.C. § 1302(b)(1) and 704(7), your Chapter 13 Trustee has a duty, unless otherwise ordered by the Bankruptcy Court, to furnish information concerning the administration of your bankruptcy case as is requested by parties in interest.

In furtherance of this duty, the Chapter 13 Trustee will make information available to parties in interest who request information such as the following:

1)   Your name, address, bankrupcy case number, state and district in which your case is pending, and the Trustee assigned to your case. Your Social Security Number will not be visible to parties in interest, but they will be able to search for your bankruptcy case using your Social Security Number. Furthermore, your employer's name will not be displayed;

2)   Information regarding claims filed against your bankruptcy case including the identity of the claimant, the type of claim (e.g., priority taxes, secured, unsecured, etc.), and the amount of the claim;

3)   A history of all payments you make to the Chapter 13 Trustee in your bankruptcy case including the date and amount of each payment;

4)   A history of all disbursements made by the Chapter 13 Trustee in your bankruptcy case including the date of the disbursement, the payee, and the amount;

You may review, without charge, the information about your Chapter 13 bankruptcy case that is posted on the Internet. If you believe the information about your bankruptcy case is inaccurate, you can contact the NDC to report the error and you should receive a written response from the NDC within thirty (30) days following receipt of such report.

The URL address where your information is posted is www.ndc.org which is operated by the National Data Center, Inc., ("NDC").
You can contact the NDC at  866-938-3639.

STATUS OF CASE A23-54923-JWC   MARY RYAN MZEE

 # TOOLS FOR SUCCESS

## GET EMAIL UPDATES AND REMINDERS ABOUT YOUR CASE



- You can receive updates and reminders about your Chapter 13 case via email.  Please provide your email address to our office at:  **info@njwtrustee.com**  to begin receiving  emails from the Trustee.

- If you already receive emails from the Trustee and your email has changed, please update your email  by sending the new address to:  **info@njwtrustee.com**



## SIMPLIFY MONTHLY PAYMENTS:
## MAKE PAYMENTS ONLINE

Are your monthly plan payments deducted from your pay check?  If <u>NOT</u>, you have Options:

1. Talk to your lawyer about setting up an employer deduction order (EDO) and your payment can be sent directly to the Trustee.

2. Set up one time or recurring  monthly payments with **TFS** for online payments.  www.tfsbillpay.com

3. Make your monthly payment  each month with  the  Trustee's Epay portal.

For more about payment options  and  other helpful information for the Chapter bankruptcy process please visit  our **website :  https://www.njwtrustee.com** and  review  **'DEBTOR RESOURCES'**