BL10002662

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

IN RE:  MARY RYAN MZEE    : Chapter: 13

            :

            :

            :

            : CASE NO: 23-54923

            :

## NOTICE OF ADDRESS CHANGE

 Toyota Lease Trust hereby changes its address for its claim number 12, account number ending in 2290 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

   Toyota Lease Trust

   c/o Toyota Motor Credit Corporation

   P.O. Box 9013

   Addison, TX  75001

New Address for Notices:

   Toyota Lease Trust

   c/o Becket & Lee LLP

   PO Box 3002

   Malvern, PA 19355-0702

   610-228-2570

   proofofclaim@becket-lee.com

New Address for Payments:

   Toyota Lease Trust

   c/o Becket & Lee LLP

   PO Box 3002

   Malvern, PA 19355-0702

   610-228-2570

   payments@becket-lee.com

       Respectfully Submitted,

       By:  /s/ Shraddha Bharatia

       Shraddha Bharatia, Claims Administrator

       Becket & Lee LLP

       PO Box 3002

       Malvern, PA 19355-0702

       DATE: 4/22/2026