**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MARY RYAN MZEE
2465 RICHARDSON PARKWAY
APT B2214
MORROW, GA  30260

**CASE NO.:** A23-54923-JWC

**CHAPTER:** 13

**FINAL NOTICE CONCERNING YOUR 2025 TAX RETURN AND
POTENTIAL DISMISSAL OF YOUR CASE**

Our records reflect that the Bankruptcy Court has ordered you to strictly comply with the below requirements.  **FAILURE TO COMPLY MAY RESULT IN THE DISMISSAL OF YOUR CASE WITHOUT FURTHER MOTION OR HEARING.** If you have any questions concerning this matter, please contact your bankruptcy attorney.

You were required to submit a copy of your 2025 Federal Income Tax Return, which included all supporting schedules, to the Trustee within thirty (30) days of filing the return. As of the date of this letter, the Trustee has not received your return. Please provide a copy of your return to your bankruptcy attorney so that they may review it with you and provide the copy to the Trustee. This is your second notice from the Trustee. **In order to avoid dismissal of your case, the Trustee must receive a copy of your return by June 26, 2026.** If you are not required to file a tax return for 2025, please notify your attorney.

Additionally, the terms of your Chapter 13 Plan may require you to pay your federal tax refund to the Chapter 13 Trustee to be distributed to your creditors. If you are not certain of your requirement, please contact your attorney. **Failure to send in any required tax refund by June 26, 2026 will result in dismissal of your case without further motion or hearing.** You need to mail the tax refund money payable to the Chapter 13 Trustee at the address below. Please make a note that the funds are your tax refund. You may also pay online using the Trustee's EPAYor TFS system. Go to the website for further information: http:// www.njwtrustee.com /debtor- resources /pay-online/

A copy of this Notice was provided to the Debtor(s) electronically by email from the National Data Center or sent by first class U.S. mail to the Debtor(s) at the above address.

Dated:  May 27, 2026

__/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
Bar Number: 377941

**Mailing Address:
Office of Nancy J. Whaley
Suite 120, Truist Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
Fax: 678-992-1202**