# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In
Re:    Debtor(s)
**Mary Ryan Mzee**
2465 Richardson Parkway
Apt B2214
Morrow, GA 30260

**xxx–xx–7525**

Case No.:  **23–54923–jwc**
Chapter:  **13**
Judge:  **Jeffery W. Cavender**

### Notice of Removal of Counsel for Debtor(s)

Notice is hereby given that pursuant to this Courts June 26, 2026 Order in miscellaneous proceeding no. 24–00502–JRS (Baalen v. Kakol, et al.), Stanley J. Kakol, Jr. and the Law Offices of Stanley J. Kakol, Jr., LLC, are no longer permitted to practice law in this Court and have been removed as counsel for the debtor(s) in this case. Unless and until such time as debtor(s) retain another attorney, debtor(s) shall proceed without an attorney.

_Vania S. Allen_
_____

Vania S. Allen
Clerk of Court,
U.S. Bankruptcy Court

Dated:  June 29, 2026

Form 300

United States Bankruptcy Court

Northern District of Georgia

In re:

Mary Ryan Mzee

    Debtor

Case No. 23-54923-jwc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: 300 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Ryan Mzee, 2465 Richardson Parkway, Apt B2214, Morrow, GA 30260-3168 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad R Simon | on behalf of Creditor Toyota Motor Credit Corporation Notices.Bonial@ecf.courtdrive.com;GAECFNotices@BonialPC.com |
| Julie M. Anania | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Direct Services  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Stanley J. Kakol, Jr. | on behalf of Debtor Mary Ryan Mzee documents@sjklawfirm.com KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com |

TOTAL: 5