**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| **MARY RYAN MZEE** | ) | **CASE NUMBER A23-54923-JWC** |
| | ) | |
| **DEBTOR** | ) | |

**MOTION TO DISMISS FOR FAILURE TO REMIT 2025 TAX RETURN AND REQUEST FOR DISCLOSURE OF ANY INCOME CHANGES**

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court the following:

1.

Debtor(s) filed a petition for relief under Chapter 13 of Title 11 on May 26, 2023. The Chapter 13 Plan was confirmed on January 10, 2024.

2.

The Trustee has requested a copy of the Debtor(s)' 2025 Federal Income Tax Return by filing Notice(s) with this Court in accordance with 11 U.S.C. § 521(f)(4)(B). The Debtor(s) is required to remit a copy of all filed Federal Income Tax Returns to the Trustee during the pendency of the case pursuant to the Chapter 13 Plan and/or the Order Confirming Plan. As of September 24, 2026 the Debtor(s) has failed to remit the 2025 Federal Income Tax Return to the Trustee.

Wherefore, the Trustee prays that the Debtor(s) remit the requested tax return and any applicable refund to the Trustee. If not provided, the Trustee requests this case be dismissed pursuant to 11 U.S.C. § 1307(c)(6). Additionally, if the Debtor(s)' tax return reflects increased income that has not been properly disclosed before the Court, the Trustee requests the Court dismiss the instant case for cause pursuant to 11 U.S.C. §§ 1307(c) and 105(a) and for any other relief this Court deems just and reasonable.

This the 25th day of September, 2026.

/s/____________________________________

Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. A23-54923 JWC** |
| **MARY RYAN MZEE** | : | **CHAPTER 13** |
| **Debtor(s).** | : | |
| **NANCY WHALEY, TRUSTEE** | : | |
| **Movant(s),** | : | **CONTESTED MATTER** |
| **v.** | : | |
| **MARY RYAN MZEE** | : | |
| **Respondant(s),** | : | |

**NOTICE OF HEARING MOTION TO DISMISS FOR FAILURE TO REMIT 2025 TAX RETURN AND REQUEST FOR DISCLOSURE OF ANY INCOME CHANGES**

***PLEASE TAKE NOTICE*** *that NANCY J. WHALEY* has filed a ***Motion to Dismiss for Failure to Remit 2025 Tax Return and request for Disclosure of Any Income Changes*** and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the pleading at **11:00 AM on October 20, 2026, in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW Atlanta, GA 30303**, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.

You may also file a written response to the pleadings with the Clerk at the address stated

below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW Atlanta, GA 30303.** You must also mail a copy of your response to the undersigned at the address stated below.

Dated September 25, 2026

Respectfully submitted,

/s/________________________________________

Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE - Suite 120
Atlanta, GA 30303
678-992-1201
mjoyner@njwtrustee.com

**CERTIFICATE OF SERVICE**

Case No: A23-54923-JWC

I hereby certify that on the 25th day of September, 2026, I caused a copy of foregoing Chapter 13 Trustee's Motion to Dismisss to be served via first-class United States mail postage prepaid on the following parties at the address shown for each.

MARY RYAN MZEE
2465 RICHARDSON PARKWAY
APT B2214
MORROW, GA 30260

I further certify that on this day, I electronically filed the foregoing Chapter 13 Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Debtor Attorney: DEBTOR PRO SE

Dated: September 25, 2026

/s/____________________________________

Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE - Suite 120
Atlanta, GA 30303
678-992-1201
mjoyner@njwtrustee.com