**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Mary Ryan Mzee**
2465 Richardson Parkway
Apt B2214
Morrow, GA 30260

**xxx–xx–7525**

Case No.: **23–54923–jwc**
Chapter: **13**
Judge: **Jeffery W. Cavender**

# ORDER OF DISMISSAL

The Chapter 13 Trustee's Motion to Dismiss came before the Court and

After hearing, it appears that the Debtor(s) is in material default with respect to the provisions of the confirmed plan. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.



Jeffery W. Cavender
United States Bankruptcy Judge

Dated: October 22, 2026

Form 163

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 23-54923-jwc
Mary Ryan Mzee Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin 
Date Rcvd: Oct 31, 2026 Form ID: 163 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Ryan Mzee, 2465 Richardson Parkway, Apt B2214, Morrow, GA 30260-3168 |
| spc | + | The Lake Law Firm, Charles E. Lake, Jr., 8 Lenox Pointe, NE, Atlanta, GA 30324-3167 |
| 24326363 | + | Carfax, BARR Credit Services, 3444 N Country Club Rd, Suite 200, Tucson, AZ 85716-0815 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AIS.COM | Nov 01 2026 02:54:00 | Capital One N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 31 2026 23:06:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026, UNITED STATES 52408-8026 |
| 24289514 | + | EDI: AAFES | Nov 01 2026 02:51:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 24289519 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 31 2026 23:06:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168008, Irving, TX 75016 |
| 24289515 | + | Email/Text: bankruptcy@acima.com | Oct 31 2026 23:06:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 24289516 | + | Email/Text: bankruptcycare@affinityfcu.com | Oct 31 2026 23:06:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 24289517 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 31 2026 23:08:59 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 24289518 | + | EDI: MAXMSAIDV | Nov 01 2026 02:51:00 | Aidvantage, Attn: Bankruptcy, Po Box 9635, Wiles-Barr, PA 18773-9635 |
| 24378448 | + | EDI: MAXMSAIDV | Nov 01 2026 02:51:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville, Tx 75403-3001 |
| 24289520 | + | EDI: PHINAMERI.COM | Nov 01 2026 02:51:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 24337659 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 23:08:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 24289521 | + | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 23:09:05 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 24289522 | + | Email/Text: bk@avant.com | Oct 31 2026 23:07:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 24289523 | + | EDI: BANKAMER | Nov 01 2026 02:51:00 | Bank of America, Attn: Bankruptcy, 4909 |

| | | | | |
|---|---|---|---|---|
| | | | | Savarese Circle, Tampa, FL 33634-2413 |
| 24289524 | + | EDI: TSYS2 | Nov 01 2026 02:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 24289525 | + | EDI: CAPITALONE.COM | Nov 01 2026 02:51:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24289526 | + | EDI: CAPONEAUTO.COM | Nov 01 2026 02:54:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 24302025 | + | EDI: AIS.COM | Nov 01 2026 02:54:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 24289527 | + | EDI: JPMORGANCHASE | Nov 01 2026 02:51:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 24289528 | + | EDI: WFNNB.COM | Nov 01 2026 02:54:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 24289529 | + | Email/Text: deptbankruptcy@deltacommunitycu.com | Oct 31 2026 23:06:00 | Delta Community Credit Union, Attn: Bankruptcy, 3250 Riverwood Parkway, Atlanta, GA 30339-6420 |
| 24289530 | + | EDI: DISCOVER | Nov 01 2026 02:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 24289531 | | Email/Text: rentsupport@esusu.org | Oct 31 2026 23:06:00 | Esusu, Attn: Bankruptcy, 215 West 125th Street, New York, NY 10027 |
| 24291158 | ^ | MEBN | Oct 31 2026 23:00:59 | FIRST PORTFOLIO VENTURES II, LLC, 3091 Governors Lake Drive Suite 500, Peachtree Corners, GA 30071-1135 |
| 24289532 | + | EDI: AMINFOFP.COM | Nov 01 2026 02:54:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 24289533 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 31 2026 23:06:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 24289535 | | EDI: GADEPTOFREV | Nov 01 2026 02:54:00 | Georgia Department of Revenue, Compliance Division, ARCS-Bankruptcy, 1800 Century Blvd, N.E. Ste 9100, Atlanta, GA 30345 |
| 24289534 | + | EDI: PHINGENESIS | Nov 01 2026 02:54:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 24289536 | | EDI: IRS.COM | Nov 01 2026 02:51:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25497997 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2026 23:08:59 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 24296210 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2026 23:08:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24289537 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 31 2026 23:06:00 | Lexus Financial, PO Box 22171, Tempe, AZ 85285-2171 |
| 24289538 | + | EDI: NFCU.COM | Nov 01 2026 02:54:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 24289541 | + | EDI: NFCU.COM | Nov 01 2026 02:54:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 24301085 | + | EDI: NFCU.COM | Nov 01 2026 02:54:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 24289542 | + | Email/Text: bknotices@progressresidential.com | Oct 31 2026 23:07:00 | Progress Residential, 2658 Holcomb Bridge Rd Unit 118, Alpharetta, GA 30022-6822 |
| 24401486 | + | Email/Text: bknotices@progressresidential.com | Oct 31 2026 23:07:00 | Progress Residential Borrower 14, LLC, 7500 N Dobson Rd, Ste 300, Scottsdale, AZ 85256-2727 |
| 24289544 | + | Email/Text: newbk@Regions.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 31 2026 23:06:00 | Regions Bank, Attn: Bankruptcy, 2050 Parkway Office Circle, Hoover, AL 35244-1805 |
| 24289543 | + | Email/Text: newbk@Regions.com | Oct 31 2026 23:06:00 | Regions Bank, 720 North 39th Street, Birmingham, AL 35222-1112 |
| 24289546 | | Email/Text: bankruptcynotices@sunsetfinance.net | Oct 31 2026 23:06:00 | Sunset Finance, Attn: Bankruptcy, 510 Mountain View Dr, Ste 500, Seneca, SC 29672 |
| 24289545 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 31 2026 23:09:05 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 24289547 | + | EDI: SYNC | Nov 01 2026 02:51:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 24289548 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 31 2026 23:06:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 24330855 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2026 23:09:05 | Toyota Lease Trust, c/o Becket & Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 24778314 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 31 2026 23:06:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 24289549 | | Email/Text: bankruptcies@uplift.com | Oct 31 2026 23:06:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 24290844 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 31 2026 23:06:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24289550 | + | EDI: VERIZONCOMB.COM | Nov 01 2026 02:51:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 24337663 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 25498051 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 24289540 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 24289539 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 24301119 | *+ | Navy Federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad R Simon | on behalf of Creditor Toyota Motor Credit Corporation Notices.Bonial@ecf.courtdrive.com;GAECFNotices@BonialPC.com |
| Julie M. Anania | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Direct Services LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 4